# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MICAH WASHINGTON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Case No. 7:25-cv-00138-ACA |
| | ) |
| **CITY OF REFORM, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **MOTION TO DISMISS**

COMES NOW Defendant Jodie Elmore, former Deputy Sheriff for Pickens County, Alabama, pursuant to Rules 12(b)(1), and 12(b)(6), Fed. R.Civ. P., and respectfully moves this Court to dismiss Plaintiff's claims against him in the Plaintiffs' Complaint. (Doc. 1) Defendant shows as follows:

1. Plaintiffs' § 1983 claims against Defendant in his official capacity are barred by the Eleventh Amendment to the United States Constitution. They are also due to be dismissed because in his official capacity, Defendant is not considered a "person" for purposes of § 1983.

2. Plaintiffs' § 1983 claims against Defendant in his individual capacity are due to be dismissed because the Defendant is entitled to qualified immunity.

3. Plaintiffs' state-law claims against this Defendant are due to be dismissed, and this Court lacks subject matter jurisdiction over said claims, because

1

Defendant is entitled to State Immunity pursuant to Article I, Section 14, *Const. of Ala. 1901.*

4. Plaintiffs have also failed to state plausible state-law claims against this Defendant and said claims should be dismissed for this reason as well.

5. In support of this Motion to Dismiss, Defendant submits a Memorandum Brief that is being filed concurrently with this motion.

WHEREFORE, THE PREMISES CONSIDERED, Defendant respectfully moves this Court to dismiss all claims against him in the Plaintiff's Complaint, and grant him any other relief to which he may be entitled.

This the 10th day of April, 2025.

s/ Constance Caldwell Walker
Constance Caldwell Walker
(ASB-5510-L66C)
Attorney for Defendant Jody Elmore

**OF COUNSEL:**

**WEBB MCNEILL WALKER PC**
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101
(334) 262-1850
cwalker@wmwfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 10th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

Leroy Maxwell, Jr.
Kristen E. Gochett
Maxwell & Tillman
1820 3rd Avenue North, Suite 300
Birmingham, AL 35203
maxwell@mxlawfirm.com
kgochett@mxlawfirm.com

Richard Rice
The Rice Firm, LLC
420 20th Street North, Suite 2200
Birmingham, AL 35203
rice@rice-lawfirm.com

Terry A. Sides
Hale Sides LLC
600 Financial Center
505 20th Street North
Birmingham, AL 35203
tsides@halesides.com

A. Courtney Crowder
Phelps, Jenkins, Gibson & Fowler, L.L.P.
Post Office Box 020848
Tuscaloosa, AL 35402-0848
accrowder@pjgf.com

                                              s/Constance Caldwell Walker
                                              OF COUNSEL