# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MICAH WASHINGTON,** ) | |
| **JACORIEN HENRY, and** ) | |
| **TORIS HOWARD, as Next of Kin to** ) | |
| **Minor S.W.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CASE NO.: 7:25-cv-00138-ACA** |
| ) | |
| **CITY OF REFORM, DANA** ) | |
| **ELMORE, and JODY ELMORE,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF REFORM'S MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COME NOW,** the Plaintiffs, by and through the undersigned counsel, and files this Response to Defendant City of Reform's Motion for a More Definite Statement as ordered by this Honorable Court (Docs. 6, 9). Additionally, Plaintiffs seek leave to file an Amended Complaint in this matter. In support thereof, Plaintiffs state as follows:

1. On April 3, 2025, this Honorable Court ordered Plaintiffs "to file a notice identifying the capacity in which Officer Dana Elmore and Deputy Jody Elmore are sued for each count. . .." (Doc. 9).

1

2. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request this Honorable Court grant them leave to file an Amended Complaint to properly identify the capacity in which each Defendant is being sued and to add additional causes of actions.

3. Because all parties have not filed responsive pleadings to the Complaint, Plaintiffs aver that filing an Amended Complaint will not cause unnecessary delay or prejudice to Defendants.

4. Plaintiffs have attached the proposed Amended Complaint hereto as Exhibit A.

5. However, if this Honorable Court does not grant Plaintiffs leave to amend the complaint, Plaintiffs are suing Defendants Dana Elmore and Jody Elmore in the following capacities for each count as they appear in the *initial complaint:*

    - Count I (Excessive Force): This count applies to Defendant Dana Elmore in her individual and official capacities.

    - Count II (Unreasonable Search and Seizure): This count applies to Defendant Dana Elmore in her individual and official capacities.

    - Count III (Unreasonable Search and Seizure): This count applies to both Defendants Dana Elmore and Jody Elmore in their individual and official capacities.

- Count IV: (Unreasonable Search and Seizure): This count applies to both Defendants Dana Elmore and Jody Elmore in their individual and official capacities.

- Count V (Malicious Prosecution): This count applies to Defendant Dana Elmore in her individual capacity.

- Count VI (Malicious Prosecution): This count applies to Defendant Dana Elmore in her individual capacity.

- Count VII (Deliberate Indifference): This count applies to Defendant Dana Elmore in her individual and official capacities.

- Count IX (Negligence): This count applies to both Defendants Dana Elmore and Jody Elmore in their individual and official capacities.

- Count X (Wantonness): This count applies to Defendant Dana Elmore in her individual and official capacities.

- Count XI (Assault and Battery): This count applies to Defendant Dana Elmore in her individual and official capacities.

- Count XII (False Imprisonment): This count applies to Defendant Dana Elmore in her individual capacity.

- Count XIII (False Imprisonment): This count applies to both Defendants Dana Elmore and Jody Elmore in their individual capacities.

- Count XIV (False Imprisonment): This count applies to both Defendants Dana Elmore and Jody Elmore in their individual capacities.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully request this Honorable Court grants them leave to file the attached Amended Complaint in this matter.

Submitted on this 10th day of April 2025.

Respectfully submitted,

*/s/ Kristen E. Gochett*
Leroy Maxwell, Jr.
Kristen E. Gochett

*Attorneys for Plaintiff*

**OF COUNSEL:**
**Maxwell & Tillman**
1820 3rd Avenue North, Suite 300
Birmingham, AL 35203
Phone: (205) 216-3304
Fax: (205) 409-4145
maxwell@mxlawfirm.com
kgochett@mxlawfirm.com

*/s/ Richard Rice*
Richard Rice

*Attorney for Plaintiff*

**OF COUNSEL:**
**The Rice Firm, LLC**
420 20th Street North, Suite 2200
Birmingham, AL 35203
Phone: (205) 618-8733
rice@rice-lawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of April 2025, I have served the foregoing upon all parties to this proceeding by filing this motion with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing to all CM/ECF registrants and via U.S. Mail to all non-registrants.

**A. Courtney Crowder**
**Krista B. Roach**
**Phelps, Jenkins, Gibson & Fowler, L.L.P.**
1201 Greensboro Avenue
Post Office Box 020848
Tuscaloosa, AL 35402-0848
(205) 345-5100
accrowder@pjgf.com
kroach@pjgf.com
*Attorneys for Defendant City of Reform*

**Terry A. Sides**
**Hale Sides LLC**
600 Financial Center
505 20th Street North
Birmingham, AL 35203
(205) 453-9800
tsides@halesides.com
*Attorney for Defendant Dana Elmore*

**Constance Caldwell Walker**
**WEBB MCNEILL WALKER PC**
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101
Phone: (334) 262-1850
cwalker@wmwfirm.com
*Attorney for Defendant Jody Elmore*

*/s/ Kristen E. Gochett*
OF COUNSEL
